CASE NO. 21-20497
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

CHRISTINE MORGAN and DENISE MORGAN, Plaintiffs-Appellees

v.

LINDA ARRIAZOLA and ELVIA BARRERA, Third Party Defendants-Appellants

---

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division
Civil Action No. 4:20-cv-01150
Honorable Kenneth M. Hoyt, Presiding

---

APPELLANTS' UNOPPOSED MOTION TO
CONSIDER APPEAL ON BRIEFS WITHOUT ORAL ARGUMENT

---

Appellants, Linda Arriazola and Elvia Barrera, ask this Court to consider this appeal without oral argument.

1. Appellants are Linda Arriazola and Elvia Barrera; Appellees are Christine Morgan and Denise Morgan.

2. The Court has scheduled oral argument in this matter for May 11, 2022.

3. Appellants feel that oral argument would not assist the Court in determining the issues involved in this appeal and therefore wish to rely solely on their brief in support of their position.

4. Counsel for appellant has conferred with counsel for Appellees, Michael Young, regarding the relief requested in this motion. Mr. Young has indicated that he is unopposed to the relief requested in this motion.

5. For these reasons, Appellants ask this Court to consider this appeal without oral argument.

Respectfully submitted,

SCOTT LAW OFFICES, P.C.
The Great Jones Building
708 Main Street
Houston, Texas 77002
Telephone: (713) 941-9309
Facsimile: (844) 270-0740

s/Danny R. Scott, Jr.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellees, Michael Young, regarding the relief requested in this motion. Mr. Young indicated that he is unopposed to the relief requested in this motion.

s/Danny R. Scott, Jr.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel for all parties to this proceeding as identified below through the court's electronic filing system as follows:

J. Michael Young
SANDERS, MOTLEY, YOUNG & GALLARDO
111 South Travis Street
Sherman, Texas 75090
Attorney for Plaintiffs/Appellees,
Christine Morgan and Denise Morgan

Houston, Texas, this 3rd day of May 2022.

s/Danny R. Scott, Jr.